## Commonwealth *v.* Good, Appellant.

Submitted September 14, 1970. *Jerome R. Verlin,* and *Dragon, Verlin & Galfand,* for appellant; *James D. Crawford.* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Griffin, Appellant.

Submitted September 14, 1970. *Samuel Smith, Edward C. Harkin,* and *Tabas, Smith & Furlong,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.